*efiled 5/21/07

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES BUSH,
           Plaintiff,

    V.

SUNNYVALE POLICE DEPT.,
           Defendants.

Case No.  CV-07-831-JF

ORDER TO SHOW CAUSE RE:
DISMISSAL

    The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on May 11, 2007 at 10:30 a.m. No appearance was made by Plaintiff.  The Court hereby issues an ORDER TO SHOW CAUSE to be heard on June 29, 2007 at 10:30  a.m. as to why this action should not be dismissed for failure to prosecute.  If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by June 19, 2007, demonstrating why the case should not be dismissed, the Court  will dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: May 18, 2007

                        JEREMY FOGEL
                        United States District Judge