**E-Filed 5/23/2007**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JAMES BUSH,

                Plaintiff,

      v.

SUNNYVALE POLICE DEPARTMENT, et al.,

                Defendants.

Case Number C 07-0831 JF (RS)

ORDER[1] DENYING REQUEST FOR RECONSIDERATION

[re: docket no. 13]

On March 16, 2007, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis* and request for appointment of counsel, and dismissed the action with leave to amend. As Magistrate Judge Seeborg explained in his recommendation of dismissal,

> the basis of Plaintiff's claim is far from clear, but it appears that he is attempting to allege that he was wrongfully arrested by the Sunnyvale Police, and various other claims. Plaintiff has named as additional defendants certain businesses, but neither the nature of those defendants' alleged wrongdoing nor the relationship of any such conduct to plaintiff's alleged arrest can be ascertained from the complaint. Evaluation of plaintiff's allegations is further complicated by the fact that the complaint includes hand written annotations, apparently made by Plaintiff, contradicting various of the typewritten allegations, or asserting that they are "wrong."

Order that Case be Reassigned 1-2. On March 18, 2007, Plaintiff filed a handwritten letter that

---

[1] This disposition is not designated for publication and may not be cited.

1  states that the Court's order is "unacceptable" and that Plaintiff has a "legitimate case," and that

2  appears to ask the Court to reconsider its ruling. However, Plaintiff identifies no legal basis upon

3  which the Court may reverse its prior decision. Accordingly, this apparent request for

4  reconsideration will be denied.

5       On May 21, 2007, after Plaintiff failed to appear at a Case Management Conference

6  scheduled for May 11, 2007, the Court issued an order to show cause why the action should not be

7  dismissed for failure to prosecute. That hearing is scheduled for June 29, 2007 at 10.30 a.m.

8  Plaintiff is encouraged to appear at this hearing. The Court also suggests strongly that Plaintiff

9  seek legal representation. Plaintiff may file an amended pleading before that hearing date,

10  accompanied by a renewed application to proceed *in forma pauperis* and for appointment of

11  counsel.

12

13  IT IS SO ORDERED.

14

15  DATED: May 23, 2007.

16

17

18  JEREMY FOGEL
   United States District Judge

19

20

21

22

23

24

25

26

27

28

2

1   Copies of Order served on:

2   James Bush
    1471 McDaniel Avenue
3   San Jose, CA 95126

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-0831 JF (RS)
ORDER DENYING REQUEST FOR RECONSIDERATION
(JFLC1)