*E-FILED 7/16/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES BUSH, | NO. C 07-0831 JF (RS) |
|     Plaintiff, | **ORDER RE DISCOVERY** |
| v. | |
| SUNNYVALE POLICE DEPT, et al, | |
|     Defendants. | |

By letter dated July 11, 2007, defendant City of Sunnyvale requests that discovery be stayed pending the filing of an amended complaint and answer and the Court's approval of a discovery plan. The presiding judge has referred this request to the undersigned for disposition.

Good cause appearing, IT IS HEREBY ORDERED that:

    (1) Plaintiff shall file any opposition he may have to defendant's request no later than Monday, July 23, 2007. The matter shall then been taken under submission without further briefing or argument.

    (2) Pending further order of Court, all discovery herein is STAYED.

IT IS SO ORDERED.

Dated: July 13, 2007

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Email: rmoon@ci.sunnyvale.ca.us

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

James Bush
1471 McDaniel Avenue
San Jose, CA 95126

**Dated: 7/16/07**                                              **Chambers of Judge Richard Seeborg**

                                                                **By:**        **/s/ BAK**