**\*E-FILED 7/27/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES BUSH, | NO. C 07-0831 RS |
|     Plaintiff, | **ORDER STAYING DISCOVERY** |
| v. | |
| SUNNYVALE POLICE DEPT, et al, | |
|     Defendants. | |

By letter dated July 11, 2007, defendant City of Sunnyvale requested that discovery be stayed pending the filing of an amended complaint and answer and the Court's approval of a discovery plan. On July 17, 2007, the Court issued an order requiring plaintiff to file any opposition to defendant's request no later than Monday, July 23, 2007, and temporarily staying discovery. Plaintiff has filed no opposition. Accordingly, good cause appearing, all discovery herein is stayed until such time as the Court has approved a discovery plan, or until such other time as any subsequent order may provide.

IT IS SO ORDERED.

Dated: July 26, 2007

RICHARD SEEBORG
United States Magistrate Judge

C 06-04954 RS

1

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  City of Sunnyvale     cityatty@ci.sunnyvale.ca.us

3  Rebecca L. Moon     rmoon@ci.sunnyvale.ca.us

4
5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

6  **AND A COPY WAS MAILED TO:**

7  James Bush
   1471 McDaniel Avenue
8  San Jose, CA 95126

9

10  **Dated: 7/27/07**                              **Chambers of Judge Richard Seeborg**

11
                                                    **By:**     **/s/ BAK**
12

C 06-04954 RS

2