**Filed**

SEP − 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES BUSH,
    Plaintiff,

V.

SUNNYVALE POLICE DEPT.,
    Defendants.

Case No. CV-07-831-JF

ORDER TO SHOW CAUSE RE: DISMISSAL

The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on August 31, 2007 at 10:30 a.m. No appearance was made by Plaintiff. The Court hereby issues an ORDER TO SHOW CAUSE to be heard on October 5, 2007 at 10:30 a.m. as to why this action should not be dismissed for failure to prosecute. If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by September 25, 2007, demonstrating why the case should not be dismissed, the Court will dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: September 6, 2007

JEREMY FOGEL
United States District Judge